Robert B. Carey (011186)
John M. DeStefano (025440)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
Telephone: (602) 840-5900
Facsimile: (602) 840-3012
rob@hbsslaw.com
johnd@hbsslaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Roberts,<br><br>            Plaintiff,<br><br>     vs.<br><br>Garrison Property and Casualty Insurance Company, a Texas corporation,<br><br>            Defendant. | Case No. 2:19-cv-01232-PHX-SPL<br><br>NOTICE OF SETTLEMENT<br><br>(Assigned to the Honorable Steven P. Logan) |

Plaintiff Tiffany Roberts notifies the Court and the Clerk of the Court that this case has settled. The Parties anticipate filing a Stipulation and proposed Order of Dismissal, with Prejudice, shortly.

Dated: November 18, 2021              Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: s/ *Robert B. Carey*
    Robert B. Carey (011186)
    John M. DeStefano (025440)
    11 West Jefferson Street, Suite 1000
    Phoenix, Arizona 85003
    rob@hbsslaw.com
    johnd@hbsslaw.com

*Attorneys for Plaintiff*

- 1 -

## **Certificate of Service**

I hereby certify that on 18th day of November 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Nathan D. Meyer (020583)
K. Michelle Ronan (028923)
**JABURG & WILK, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
ndm@jaburgwilk.com
mir@jaburgwilk.com

Thomas J. Butler (*Pro Hac Vice*)
**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
TButler@maynardcooper.com

*Attorneys for Defendant Garrison*

*s/ Elizabeth E. Gibson*
 Elizabeth E. Gibson



HAGENS BERMAN
11 WEST JEFFERSON STREET, SUITE 1000 • PHOENIX, AZ 85003
(602) 840-5900 • FAX (602) 840-3012