**HAGENS BERMAN SOBOL SHAPIRO LLP**
11 West Jefferson Street, Suite 1000
Phoenix, Arizona 85003
(602) 840-5900

Robert B. Carey (011186)
rob@hbsslaw.com
John M. DeStefano (025440)
johnd@hbsslaw.com

Attorneys for Plaintiff

**JABURG & WILK, P.C.**
3200 N. Central Avenue, 20th Floor
Phoenix, AZ 85012
602.248.1000

Nathan D. Meyer (020583)
ndm@jaburgwilk.com
K. Michelle Ronan (028923)
mir@jaburgwilk.com

**MAYNARD, COOPER & GALE, P.C.**
1901 Sixth Avenue North, Suite 2400
Birmingham, AL 35203
205.254.1000

Thomas J. Butler (Pro Hac Vice)
TButler@maynardcooper.com

Attorneys for Defendant Garrison

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tiffany Roberts,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Garrison Property and Casualty Insurance Company, a Texas Corporation,<br><br>　　　　Defendant. | Case No. 2:19-cv-01232-PHX-SPL<br><br>**STIPULATION TO DISMISS, WITH PREJUDICE**<br><br>(Assigned to Honorable Steven P. Logan) |

17722-17722-00084\\NDM\\JKS\\4854951.1

The parties stipulate that the claims of Plaintiff Tiffany Roberts may be dismissed, with prejudice, with each party to bear its own attorney fees and costs.

DATED this 15th day of December, 2021.

**Jaburg & Wilk, P.C.**

*/s/ Nathan D. Meyer*
Nathan D. Meyer
K. Michelle Ronan
Attorneys for Defendant Garrison

**Hagens Berman Sobol Shapiro, LLP**

*/s/ John M. DeStefano*
Robert B. Carey
John M. DeStefano
Attorneys for Plaintiff Tiffany Roberts

*Certificate of Service*

I hereby certify that on 15th day of December, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert B. Carey
John M. DeStefano
**Hagens Berman Sobol Shapiro, LLP**
11 West Jefferson Street, Suite 1000
Phoenix, AZ 85003
(602) 840-5900
rob@hbsslaw.com
johnd@hbsslaw.com
Bethg@hbsslaw.com
CindyJ@hbsslaw.com
*Attorneys for Plaintiff*

*/s/ Jennifer Smith*

2